**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GLENN L. BRADLEY, | ) | No. CV 06-6406-DOC (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| W.J. SULLIVAN, Warden, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:   April 18, 2010

*David O. Carter*
DAVID O. CARTER
United States District Judge